# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

MEMO ENDORSED

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

December 13, 2019

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Steven Jones**,
    **19 Cr. 128 (KMK)**

Dear Judge Karas:

I write with the consent of the government to request that the Court adjourn the conference in this matter currently scheduled for December 19, 2019, at 11:00 a.m. The parties are engaged in discussions toward a disposition of this case. In order to allow those discussions to continue and in light of the winter holidays and the schedules of counsel for both parties, we respectfully request that the Court adjourn this conference to February 11–13, 2020, if the Court has availability during that period.

If the Court adjourns the conference, the parties respectfully request that the time until the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Jeffrey Coffman

Granted. The 12/19/19 conference is adjourned to 2/12/20, at 2:00. Time is excluded until then, in the interests of justice, so the parties may continue their discussions toward a disposition. So Ordered.
12/16/19