# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 9, 2020

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Steven Jones,
19 Cr. 128 (KMK)

Dear Judge Karas:

I write with the consent of the government to request that the Court adjourn by approximately 30 days the conference in this matter currently scheduled for March 12 at 3 p.m. The parties remain positively engaged in plea discussions and expect to reach a disposition, but we will not be able to do so by Thursday. Having conferred with counsel for the government, I respectfully request that the Court adjourn this conference to April 8, 13, or 15, if the Court has availability on one of those dates.

If the Court adjourns the conference, the parties respectfully request that the time until the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Jeffrey Coffman

*Granted. The next conference will be 4/21/20, at 11:30. Time is excluded until then, in the interests of justice, to allow the parties time to discuss a resolution of this case. See 18 USC § 3161(h)(7)(A)*

*So Ordered*
*KMK 3/10/20*