# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District
Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

April 20, 2020

**BY ECF AND EMAIL**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  United States v. Steven Jones,
     19 Cr. 128 (KMK)

Dear Judge Karas:

Mr. Jones is feeling better today. His COVID-19 symptoms have decreased in seriousness since Saturday, to the point that we are no longer asking that he be taken to the hospital at this time. For that reason—and because my mitigation and plea negotiation work on this matter has been disrupted by the ongoing pandemic—I respectfully request that the Court adjourn tomorrow's conference by approximately 60 days. The government consents to the requested adjournment.

If the Court grants this request, the parties submit that the time until the next conference should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:  AUSA Jeffrey Coffman

Granted. The Court will hold a conference on 6/16/20 at 10:00 AM. Time is excluded until 6/16/20. SO ORDERED.

KENNETH M. KARAS U.S.D.J.
4/21/20