**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

MEMO ENDORSED

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 12, 2020

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Steven Jones,
      19 Cr. 128 (KMK)

Dear Judge Karas:

I write with the consent of the government to request that the Court adjourn the conference currently scheduled for June 16, 2020. By that date I will submit a mitigation package and plea request to the government. The government will need time to consider my request, and it anticipates that a 60-day adjournment will allow it to do so. Accordingly, I request that Tuesday's conference be adjourned by approximately 60 days (but please not to a date during the period of August 21–31).

If the Court adjourns the conference, the parties respectfully request that the time until the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Jeffrey Coffman

*Granted. The conference will go forward on 8/18/2020 at 10:30 AM. Time is excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A), until 8/18/2020.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/23/20