# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

MEMO ENDORSED

September 22, 2020

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  United States v. Steven Jones,
     19 Cr. 128 (KMK)

Dear Judge Karas:

I write to inform the Court that the attorney-client relationship between Mr. Jones and myself has broken down and I can no longer effectively represent him in this matter. In order to protect Mr. Jones' Sixth Amendment right to the effective assistance of counsel, I hereby request that the Court appoint substitute CJA counsel for Mr. Jones at the conference to be held on Thursday, September 24, at noon.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:  AUSA Jeffrey Coffman

*Granted. Mr. Kaminsky is relieved as counsel. John Wallenstein is appointed to represent Mr. Jones.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/24/20