**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

## MEMO ENDORSED

November 25, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
Southern District of New York
White Plains, NY 10601-4150

  Re: *United States v. Steven Jones*, 19 Cr. 128 (KMK)

Dear Judge Karas:

  The Government respectfully requests that time be excluded under the Speedy Trial Act from the signing of this requested order through the anticipated December 8, 2020 conference date in this matter, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). During this time, the Government expects that defense counsel will continue to review the discovery, and the parties may continue to discuss whether a resolution short of trial can be reached in this matter. The Government submits that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. On behalf of the defendant, Mr. Wallenstein has consented to the exclusion of this time.

Granted. Time is excluded in the interests of justice, for the reason stated herein, until 12/8/20.

So Ordered.

*[signature]*
11/25/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Jeffrey C. Coffman*
  Jeffrey C. Coffman
  Assistant United States Attorney
  (914) 993-1940

cc: John S. Wallenstein, Esq.
  (by ECF)