**MEMO ENDORSED**

LAW OFFICES
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

March 5, 2021

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

      Re:   **United States v. Steven Jones**
            **Docket # 19 CR 128 (KMK)**

Dear Judge Karas;

    This matter is scheduled for status conference on March 19, 2021. The Court just recently appointed an expert to assist the defense, and that expert has barely begun his work. It will not be completed by the scheduled conference date.

    I therefore respectfully request that the status conference be adjourned until April 22 at 1:00, a date and time on which the Court will be available. We expect to be able to set a motion schedule at that time. I have discussed this with AUSA Jeffrey Coffman, and the Government consents to the adjournment.

    I have discussed this request with my client, and we agree that the time until April 22 should be excluded from the speedy trial clock calculation.

    Thank you for your courtesy and consideration.

Respectfully yours,

JOHN S.
WALLENSTEIN,     Digitally signed by JOHN
ESQ.             S. WALLENSTEIN, ESQ.
                 Date: 2021.03.05
                 08:56:24 -05'00'

JOHN S. WALLENSTEIN

JSW/hs

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/7/2021