UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: Criminal Cases<br><br>15cr176<br>19cr128<br>09cr1022<br>11cr630<br>20cr125 | NOTICE OF TELECONFERENCE<br>INFORMATION |

KENNETH M. KARAS, United States District Judge:

  For the week of April 19, 2021, the Court will hold all criminal proceedings by telephone.

To access the teleconference, please use the following information:

  <u>Meeting Dial-In Number</u> (USA toll-free): (888) 363-4749 <u>Access Code</u>: 7702195

  Please enter the conference as a guest by pressing the pound sign (#).

  Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated: April 16, 2021
    White Plains, New York

                 KENNETH M. KARAS
                 United States District Judge