UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

-----------------------------------------------------------x

UNITED STATES OF AMERICA

S1 19 CR 128 (KMK)

-against-

NOTICE OF MOTION

STEVEN JONES,

      **Defendant.**

-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of John S. Wallenstein, Esq., dated June 4, 2021, and the accompanying Memorandum of Law, the defendant STEVEN JONES moves this Court for an Order suppressing any statements made by him to law enforcement officers on or after September 12, 2018, and suppressing any evidence or information obtained thereafter as a result of information provided during the interrogation on that day, on the grounds that the statements and any derivative evidence were obtained in violation of Jones' rights under the Fifth and Sixth Amendments to the United States Constitution.

DATED: Garden City, New York
     June 4, 2021

Defendant's Motion To Suppress is denied without prejudice, with leave to file an affidavit in support of Defendant's Motion To Suppress based on personal knowledge. Defendant shall file any such affidavit no later than September 10, 2021.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/27/2021

JOHN S. WALLENSTEIN, ESQ.
Attorney for STEVEN JONES
1100 Franklin Avenue
Garden City, New York 11530
(516) 742-5600
JSWallensteinEsq@outlook.com