LAW OFFICES
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

December 29, 2021

**EX PARTE : BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

    Re:   **United States v. Steven Jones**
           **Docket # 19 CR 128 (KMK)**

Dear Judge Karas;

    I represent Steven Jones pursuant to a CJA appointment. Mr. Jones recently entered a guilty plea before Magistrate Judge McCarthy, and Your Honor has set the sentencing for April 6, 2022. Because of the nature of the charges and the underlying facts, and especially Mr. Jones' background, I respectfully request that the Court permit me to obtain the services of a mitigation expert to assist in the preparation of sentencing submissions on Mr. Jones' behalf.

    Submitted herewith is a letter from Reynaldo Cusicanqui of the Consulting Project, an experienced forensic mitigation specialist who has been appointed in numerous cases in this district. The letter outlines the services he will provide and his rate and time estimate, which I believe are reasonable and necessary under the circumstances of this case. His CV and that of his associate are provided as well.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

Granted.

SO ORDERED
*/s/ Kenneth M. Karas/*
KENNETH M. KARAS U.S.D.J.
12/29/21