MEMO ENDORSED

**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

June 28, 2022

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States v. Steven Jones**
            **Docket # 19 CR 128 (KMK)**

Dear Judge Karas;

    I represent Steven Jones pursuant to a CJA appointment. Sentencing is currently scheduled for July 6, 2022. I write to request an adjournment of the sentencing, because the mitigation expert who has been retained to investigate and report in relation to sentencing has not completed his report, and additional documents have been subpoenaed and are awaited.

    I respectfully request that sentencing be adjourned to October 19, 2022 at 3:00 p.m., a date and time on which Ms. Bordes confirms the Court's availability. I have discussed this request with AUSA Jeffrey Coffman, and the government has no objection.

    Thank you for your courtesy and consideration.

Granted.

So Ordered.
/s/ 6/28/22

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN