**LAW OFFICES**
# JOHN S. WALLENSTEIN
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

MEMO ENDORSED

September 30, 2022

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Steven Jones**
             **Docket # 19 CR 128 (KMK)**

Dear Judge Karas;

    Sentencing in this case is currently scheduled for October 19, 2022. I write to request an adjournment of the sentencing, because information has come to light during my preparation, including a potential witness, which bears on the arguments to be made during the sentencing hearing, and which will require additional time to develop.

    I respectfully request that sentencing be adjourned to January 5, 2023 at 11:00 a.m., a date and time on which Ms. Bordes confirms the Court's availability. I have discussed this request with AUSA Jeffrey Coffman, and the government has no objection.

    Thank you for your courtesy and consideration.

Granted.
So Ordered.
*[signature]*
9/30/22

Respectfully yours,
*John S. Wallenstein*
JOHN S. WALLENSTEIN