**LAW OFFICES**
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com**

May 24, 2023

MEMO ENDORSED

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

> **Re:   United States v. Steven Jones
> Docket # 19 CR 128 (KMK)**

Dear Judge Karas;

Mr. Jones is awaiting sentencing, now set for June 29. His grandmother, who raised him, is extremely ill, presently in intensive care, and not expected to survive. The family is, I understand, meeting to decide whether and when to remove her from life support.  During the course of this case, Mr. Jones has lost no less than five family members, including his twin brother, and he was unable to pay his respects to, or properly mourn, any of them. His grandmother has been the most significant person in his life, and he is devastated by her impending death.

I therefore request that Mr. Jones be given permission to attend a wake or funeral, and that the Marshals Service be directed to provide appropriate security for that purpose. I recognize that release at this stage, even temporarily for a single day,  would not be possible, but detainees are occasionally permitted to have an escorted visit for the purpose noted. I respectfully urge the court to grant this request and allow Mr. Jones some measure of peace at this difficult time.

I have contacted AUSA Jeffrey Coffman to advise of this application, but I do not know the government's position at this time.

Thank you for your courtesy and consideration.

The Court is advised that the US Marshals Service does not have the resources to safely transport Mr. Jones to and from any funeral/wake.  The Court is sympathetic to Mr. Jones' situation, but will not direct the Marshals Service to do something it cannot do.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

So Ordered

JSW/hs          5/24/23