UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States,

    -against-                                                ORDER

                                                          Docket No. 19 CR 00128 (KMK)

Steven Jones, Jr.,

                Defendant.

------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    Matthew John Galluzzo, is to assume representation of the defendant in the above captioned matter as of June 20, 2023. Mr. Galluzzo is appointed pursuant to the Criminal Justice Act. His address is The Law Office of Matthew Galluzzo PLLC, 11 Broadway Suite 715, New York, NY 10004, phone number (212) 344-5180, Email: matthew.galluzzo@gjllp.com. John Wallenstein is relieved as counsel.

                                                          SO ORDERED

                                                          KENNETH M. KARAS
                                                          UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
        June 22, 2023